

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| RICARDO ZUNIGA, | § | No. 08-14-00153-CR |
| Appellant, | § | |
| | § | Appeal from the |
| v. | § | 205th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20130D04852) |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time to file the brief until **December 6, 2014.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Ruben P. Morales, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before **December 6, 2014.**

IT IS SO ORDERED this 23rd day of October, 2014.

PER CURIAM